UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                      )
KAREN YADIRA RODRIGUEZ                )
GUTIERREZ, on behalf of herself and      )
on behalf of her child, J.G., et al.,            )
                                                      )
                    Plaintiffs,                        )
                                                      )
          v.                                             )          Civil Action No. 18-1958 (PLF)
                                                      )
U.S. DEPARTMENT OF HOMELAND      )
SECURITY, et al.,                                  )
                                                      )
                    Defendants.                      )
_____)


MEMORANDUM OPINION AND ORDER

          In its memorandum in opposition [Dkt. No. 21] to plaintiffs' motion [Dkt. No. 14]

for limited discovery, defendants state that plaintiffs have served on Attorney General Sessions

and on the Director of the Office of Refugee Resettlement ("ORR") subpoenas for testimony and

production of documents at the hearing now scheduled for September 20, 2018.  They ask the

Court to quash the subpoenas.  They also make reference to subpoenas that may have been

served on third party Crittenton Services for Children and Families ("Crittenton").

          A request to quash a subpoena must be made by separate motion and may not be

contained in an opposition to another party's motion.  FED. R. CIV. P. 7(b)(1), 45(d)(3).  The

United States may file a motion to quash any subpoenas that have been served on it or its agents.

It may incorporate by reference any relevant argument already set forth in Docket No. 21.  Third

party Crittenton may file its own separate motion to quash any third party subpoenas that it may

have received. The remainder of the motion for limited discovery [Dkt. No. 14] will be dealt

with in a separate order.

      SO ORDERED.


<div style="margin-left:50%">
_____<br>
PAUL L. FRIEDMAN<br>
United States District Judge
</div>

DATE:  September 17, 2018