UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KAREN YADIRA RODRIGUEZ GUTIERREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-1958 (PLF) |

SHOW CAUSE ORDER

Plaintiffs are the mother (Ms. G.) and grandmother (Ms. D.) of a minor (J.G.). Ms. D. and J.G. entered the United States in March 2018; immigration authorities apprehended them and detained J.G. separately from Ms. D. See Amended Complaint, Dkt. No. 71, at 3-9. Plaintiffs sought relief based on this separation. See id. at 51. Both Ms. D. and J.G. have been released, however, and J.G. was reunited with his mother on September 22, 2018. See Defs.' Motion to Dismiss Amended Complaint, Dkt. No. 75, at 1. Accordingly, it is hereby

ORDERED that, on or before July 9, 2019, plaintiffs shall show cause for why this action should not be dismissed as moot.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: June 25, 2019